JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENATO OBANDO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICIA WILKINSON, et al.,<br><br>　　　　Defendants. | CASE NO. 2:16-CV-05988-GHK (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint with Prejudice, **IT IS ADJUDGED** that the Complaint is dismissed and the action dismissed with prejudice.

DATED: 12/1/16

　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE